REBECCA A. HULL
rhull@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Plaintiff
METROPOLITAN LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>KRISTINA MANNING AND SCOTT HARVEY,<br><br>    Defendants. | CASE NO. 5:17-cv-4039 NC<br>*Judge Nathanael Cousins*<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE; ~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to a settlement reached between and among the parties hereto, IT IS HEREBY STIPULATED that this matter shall be dismissed with prejudice, with all parties to bear their own respective attorneys' fees and costs of litigation, if any.

IT IS SO STIPUATED AND AGREED.

Date: April 3, 2018      GORDON REES SCULLY MANSUKHANI, LLP

                               By:    */s/ Rebecca A. Hull*

                               Attorneys for Metropolitan Life Insurance Company

Date: April 3, 2018      By: */s/ Scott B. Harvey*
                                      Scott B. Harvey

Date: April 3, 2018      By: */s/ Kristina Manning*
                                      Kristina Manning

1  ORDER OF DISMISSAL WITH PREJUDICE

2  Upon the stipulation of the parties, and good cause appearing therefor, IT IS ORDERED

3  that this matter shall be, and hereby is, DISMISSED with prejudice, each party to bear his, her or

4  its own costs and attorney's fees, if any, incurred with regard to this matter.

5  IT IS SO ORDERED.

6  DATED: __April 3, 2018__   _____



STIP FOR DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL